

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00025-CR

| | | |
|---|---|---|
| ROBERT LEE KNOX, Appellant | § | On Appeal from the 371st District Court |
| | § | of Tarrant County (1510062D) |
| V. | § | March 28, 2019 |
| | § | Opinion by Justice Gabriel |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
        Justice Lee Gabriel